# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT TRACKING LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**HONDA NORTH AMERICA, INC.,**<br><br>      Defendant. | **Case No. 2:13-cv-551-JRG-RSP**<br><br>**LEAD CASE** |
| **NOVELPOINT TRACKING LLC**<br><br>      Plaintiff,<br><br>v.<br><br>**BENTLEY MOTORS, INC.**<br><br>      Defendant. | **Case No. 2:13-cv-561-JRG-RSP** |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss of NovelPoint Tracking LLC and Bentley Motors, Inc. (the "Settling Parties").

Having considered the motion, the Court is of the opinion that it should be GRANTED. It is therefore ORDERED that any and all claims and defenses which were or could have been asserted by either of the Settling Parties against the other in this matter be dismissed *with prejudice* pursuant to FED. R. CIV. P. 41. The Court further ORDERS that each and all of the Settling Parties be dismissed with prejudice from Civil Action No. 2:13-cv-561-JRG-RSP and the lead case Civil Action No. 2:13-cv-551-JRG-RSP. It is further ORDERED that Civil Action No. 2:13-cv-561-JRG-RSP is dismissed in its entirety.

The Court further ORDERS that Plaintiff and Defendant shall each bear their own attorney fees and costs incurred in connection with this action.

**SIGNED this 15th day of April, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE